## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In Re:   MARTELL D HINES SR | § | Case No.: 05-33241 |
| LASHON T HINES | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

_____

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1)   The case was filed on 08/22/2005.

2)   This case was confirmed on 10/06/2005.

3)   The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4)   The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5)   The case was completed on 09/23/2010.

6)   Number of months from filing to the last payment:  61

7)   Number of months case was pending:  65

8)   Total value of assets abandoned by court order:  NA

9)   Total value of assets exempted: $      5,246.00

10)   Amount of unsecured claims discharged without payment $   44,635.48

11)   All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 61,237.58 |
| Less amount refunded to debtor | $ | 1,237.58 |
| **NET RECEIPTS** | $ | 60,000.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 2,700.00 |
| Court Costs | $ | .00 |
| Trustee  Expenses and Compensation | $ | 3,816.24 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 6,516.24 |
| Attorney fees paid and disclosed by debtor | $ | .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CAPITAL ONE AUTO FIN | SECURED | 7,950.00 | 7,950.00 | 7,950.00 | 7,950.00 | 776.47 |
| CAPITAL ONE AUTO FIN | UNSECURED | 1,942.00 | 2,972.45 | 2,972.45 | 2,759.12 | .00 |
| KEYBANK USA | OTHER | NA | NA | NA | .00 | .00 |
| CREDIT ACCEPTANCE CO | SECURED | 9,325.00 | 8,725.79 | 8,725.79 | 8,725.79 | 750.00 |
| CREDIT ACCEPTANCE CO | UNSECURED | 921.00 | NA | NA | .00 | .00 |
| CREDIT ACCEPTANCE CO | OTHER | NA | NA | NA | .00 | .00 |
| ADVOCATE ILLINOIS MA | UNSECURED | 700.00 | NA | NA | .00 | .00 |
| ALVERNO RECEIVABLES | UNSECURED | 89.00 | NA | NA | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 200.00 | 148.71 | 148.71 | 138.04 | .00 |
| AT&T BROADBAND | UNSECURED | 321.00 | NA | NA | .00 | .00 |
| AVON PRODUCTS | UNSECURED | 1,144.64 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 923.00 | 879.69 | 879.69 | 816.55 | .00 |
| CGU INSURANCE | UNSECURED | 1,941.00 | NA | NA | .00 | .00 |
| CHICAGO STATE UNIVER | UNSECURED | 1,230.25 | NA | NA | .00 | .00 |
| CHRIST HOSPITAL | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| CITIBANK | UNSECURED | 10,562.00 | NA | NA | .00 | .00 |
| CITY OF CALUMET CITY | UNSECURED | 1,750.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 210.00 | 720.00 | 720.00 | 668.33 | .00 |
| CITY OF HAMMOND INDI | UNSECURED | 134.50 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 797.00 | NA | NA | .00 | .00 |
| CROWN EMERGENCY PHYS | UNSECURED | 183.00 | NA | NA | .00 | .00 |
| DEVON FINANCIAL SERV | UNSECURED | 500.00 | 410.83 | 410.83 | 381.34 | .00 |
| ENDODONTIC & PERIODO | UNSECURED | 341.43 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| *FELD & KORRUB | UNSECURED | 1,225.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 398.00 | 397.78 | 397.78 | 369.23 | .00 |
| FNB MARIN | UNSECURED | 1,140.00 | NA | NA | .00 | .00 |
| FNB MARIN | UNSECURED | 1,140.00 | NA | NA | .00 | .00 |
| FIRST PREMIER CREDIT | UNSECURED | 544.00 | NA | NA | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | 437.00 | 370.42 | 370.42 | 343.83 | .00 |
| FOOT & ANKLE CLINIC | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| GE CAPITAL | UNSECURED | 8,000.00 | NA | NA | .00 | .00 |
| ILLINOIS INDIANA EM | UNSECURED | 172.00 | NA | NA | .00 | .00 |
| JAMES HOHENBERGER | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| MCSI/RMI | UNSECURED | 237.32 | 250.00 | 250.00 | 232.20 | .00 |
| MERCY HOSPITAL | UNSECURED | 3,400.00 | NA | NA | .00 | .00 |
| RICHARD KOMYATTE & A | UNSECURED | 1,569.00 | 1,193.48 | 1,193.48 | 1,107.82 | .00 |
| RICHARD KOMYATTE & A | UNSECURED | 844.89 | 96.79 | 96.79 | 89.84 | .00 |
| NIPSCO | UNSECURED | 315.85 | 306.85 | 306.85 | 284.83 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 1,680.00 | 1,534.54 | 1,534.54 | 1,424.41 | .00 |
| ORTHOPAEDIC SPECIALI | SECURED | 230.00 | 269.90 | .00 | .00 | .00 |
| PEDIATRIC ASSOCIATES | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 972.00 | .00 | .00 | .00 | .00 |
| UNITED STUDENT AID F | UNSECURED | 14,293.00 | 9,522.38 | 9,522.38 | 8,838.96 | .00 |
| AT & T BANKRUPTCY | UNSECURED | 324.00 | NA | NA | .00 | .00 |
| SHERWIN WILLIAMS CU | UNSECURED | 1,479.00 | NA | NA | .00 | .00 |
| ST FRANCIS HOSPITAL | UNSECURED | 500.00 | 498.00 | 498.00 | .00 | .00 |
| ST MARGARET MERCY CR | UNSECURED | 61.00 | NA | NA | .00 | .00 |
| MUTUAL HOSPITAL SVC | UNSECURED | 118.00 | 1,688.86 | 1,688.86 | .00 | .00 |
| TRIAD FINANCIAL | UNSECURED | 13,611.00 | 13,548.09 | 13,548.09 | 12,575.74 | .00 |
| UNITED STUDENT AID F | UNSECURED | NA | 4,955.66 | 4,955.66 | 4,599.99 | .00 |
| CAPITAL ONE | UNSECURED | NA | .00 | .00 | .00 | .00 |
| OMNI CREDIT SVCS OF | UNSECURED | NA | 454.10 | 454.10 | 421.51 | .00 |
| COMCAST | UNSECURED | 321.00 | NA | NA | .00 | .00 |
| COMCAST | OTHER | NA | NA | NA | .00 | .00 |
| HARVARD COLLECTION S | OTHER | NA | NA | NA | .00 | .00 |
| NCO FINANCIAL SYSTEM | OTHER | NA | NA | NA | .00 | .00 |
| RESURGENT ACQUISITIO | UNSECURED | NA | 247.53 | 247.53 | 229.76 | .00 |
| ABN AMRO | OTHER | NA | NA | NA | .00 | .00 |
| CENTRAL LOAN ADMINIS | OTHER | NA | NA | NA | .00 | .00 |
| BANK OF AMERICA MORT | SECURED | NA | .00 | .00 | .00 | .00 |
| AT&T BROADBAND | OTHER | .00 | NA | NA | .00 | .00 |
| AVON MORTON GROVE | OTHER | .00 | NA | NA | .00 | .00 |
| CHICAGO STATE UNIVER | OTHER | .00 | NA | NA | .00 | .00 |
| CITY OF CALUMET CITY | OTHER | .00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO | OTHER | .00 | .00 | .00 | .00 | .00 |
| CITY OF CHICAGO DEPT | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CITY CHICAGO DEPT OR | OTHER | .00 | NA | NA | .00 | .00 |
| COMCAST | OTHER | .00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | OTHER | .00 | NA | NA | .00 | .00 |
| CROWN EMERGENCY PHYS | OTHER | .00 | NA | NA | .00 | .00 |
| DEVON FINANCIAL SERV | OTHER | .00 | NA | NA | .00 | .00 |
| ENDODONTIC & PERIODO | UNSECURED | .00 | NA | NA | .00 | .00 |
| ENDODONTIC & PERIODO | OTHER | .00 | NA | NA | .00 | .00 |
| FELD & KORRUB | OTHER | .00 | NA | NA | .00 | .00 |
| FINGERHUT CREDIT ADV | OTHER | .00 | NA | NA | .00 | .00 |
| GE CAPITAL | OTHER | .00 | NA | NA | .00 | .00 |
| ILLINOIS INDIANA EM | OTHER | .00 | NA | NA | .00 | .00 |
| MUTUAL HOSPITAL SVCS | OTHER | .00 | NA | NA | .00 | .00 |
| NIPSCO | OTHER | .00 | NA | NA | .00 | .00 |
| NIPSCO | OTHER | .00 | NA | NA | .00 | .00 |
| HOUSEHOLD CREDIT | OTHER | .00 | NA | NA | .00 | .00 |
| SALLIE MAE SERVICING | OTHER | .00 | NA | NA | .00 | .00 |
| SBC AMERITECH | OTHER | .00 | NA | NA | .00 | .00 |
| ST FRANCIS HOSPITAL | OTHER | .00 | NA | NA | .00 | .00 |
| ST MARGARET MERCY HE | OTHER | .00 | NA | NA | .00 | .00 |
| ST MARGARET MERCY HE | OTHER | .00 | NA | NA | .00 | .00 |
| TRIAD FINANCIAL CORP | OTHER | .00 | NA | NA | .00 | .00 |
| VILLAGE OF BURNHAM | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 16,675.79 | 16,675.79 | 1,526.47 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 16,675.79 | 16,675.79 | 1,526.47 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 40,196.16 | 35,281.50 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ | 6,516.24 |
| Disbursements to Creditors | $ | 53,483.76 |
| | | |
| **TOTAL DISBURSEMENTS:** | $ | 60,000.00 |

12)     The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.


Dated:    01/27/2011            /s/ Tom  Vaughn
                                Tom  Vaughn, Chapter 13  Trustee

**STATEMENT**     : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.


**UST Form 101-13-FR-S(9/01/2009)**